65100/1139LIT4771

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

Plaintiff,

V.

BOSTON PLUMBING, INC., an Illinois Corporation,

Defendant.

CASE NUMBER: 08CV1785   EDA
              JUDGE KOCORAS
ASSIGNED JUDGE: MAGISTRATE JUDGE KEYS

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Boston Plumbing, Inc.
c/o Daniel E. Boston - registered agent
1110 Kasting Lane
Mundelein, Illinois 60060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Brian T. Bedinghaus
Lisa M. Simioni
Lewis Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
------------------------------
(By) DEPUTY CLERK

March 27, 2008
------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | April 9'th, 2008 |
| NAME OF SERVER *(PRINT)*  Don Johnson | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  Personally handed the Summons and the Complaint to Ms. Melissa Boston, the 22 year old daughter of Mr. Daniel Boston, the R/A for Boston Plumbing, Inc. Service was effected at the Boston residence at 1110 Kasting Lane, in Mundelein, Illinois, at the hour of 4:00 p.m., on April 9th, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 9'th, 2008        *[signature]*
　　　　　　　Date　　　　　　　　　　Signature of Server
　　　　　　　　　　　　　　　　　　Post Office Box # 911
　　　　　　　　　　　　　　　　　　Tinley Park, Illinois 60477

　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.