4-29-08 BTB137125                                                    65100/1139LIT-4771

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1785 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| BOSTON PLUMBING, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:    Boston Plumbing, Inc.
       c/o Daniel E. Boston, registered agent
       1110 Kasting Lane
       Mundelein, Illinois 60060

       PLEASE TAKE NOTICE that on Tuesday, May 6, 2008, at 9:30 a.m., or as soon thereafter
as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras, or any judge
sitting in his place and stead, in Courtroom No. 1725 in the U.S. Courthouse, 219 S. Dearborn
Street, Chicago, Illinois, and then and there present Motion for Default Judgment, a copy of which
is herewith served upon you.

                                          JAMES T. SULLIVAN, etc., by his
                                          attorneys, DOUGLAS A. LINDSAY,
                                          JOHN W. LOSEMAN, LISA M. SIMIONI, and
                                          BRIAN T. BEDINGHAUS

                                          By:_____s/ Brian T. Bedinghaus_____
                                                 Brian T. Bedinghaus
                                                 20 N. Clark Street
                                                 Suite 3200
                                                 Chicago, IL 60602-5093
                                                 312.580.1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
312.580.1200

1

<u>PROOF OF SERVICE</u>

I served a copy of the foregoing Notice of Motion upon:

Boston Plumbing, Inc.
c/o Daniel E. Boston, registered agent
1110 Kasting Lane
Mundelein, Illinois  60060

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with

postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street,

Chicago, Illinois on April 30, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on April 30, 2008.

Christine Usyak

Lewis, Overbeck & Furman, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
312-580-1200

2