LIT4771

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, etc.                          )
                                                 )
                               Plaintiff,         )        Case No. 08 C 1785
                                                 )
               v.                                )        Judge Kocoras
                                                 )
BOSTON PLUMBING, INC.,                           )        Magistrate Judge Keys
                                                 )
                               Defendant.         )

**PLAINTIFF'S MOTION FOR
ENTRY OF JUDGMENT**

NOW COMES Plaintiff, JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A.

LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and, BRIAN T. BEDINGHAUS, with

LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, pursuant to Fed. R. Civ. P. 55, moves

the Court to enter:  (1) an Order finding Defendant, BOSTON PLUMBING, INC., in default;

and (2) a Judgment in favor of Plaintiff and against Defendant in the amount of $7,796.44.  In

support of this Motion, Plaintiff states:

1.        Plaintiff filed his Complaint on March 27, 2008, to obtain an audit and recover all

unpaid contributions, interest, liquidated damages, professional fees, and court costs owed to

Plaintiff under the Collective Bargaining Agreements ("Agreements") in effect between

Defendant and Plaintiff and pursuant to ERISA, 29 U.S.C. §§1132 and 1145, and the LMRA, 29

U.S.C. §185, for the period from October 1, 2005, through the present.

1

2.    On April 9, 2008, Defendant was served with a copy of the Summons and Complaint.  A true and correct copy of the Return of Service is attached hereto as Exhibit A.

3.    Defendant was required to appear and answer or otherwise plead on or before April 29, 2008.

4.    As of the date of the filing of this Motion, Defendant has not filed an appearance, answer or other pleading, and is in default.

5.    After the lawsuit was filed, Plaintiff's certified public accounting firm, Legacy Professionals LLP, conducted a compliance audit of Defendant's books and records and issued a Compliance Report ("Audit").  The Audit reveals that for the period October 1, 2005, through April 30, 2008, Defendant failed to report and pay amounts due under the CBA on 66 hours of work.  A true and correct copy of the Audit is attached as Exhibit B.

6.    Plaintiffs' damages are calculated as follows:

| | |
|---|---|
| $1,150.05 | Delinquent contributions for period from October 1, 2005, through April 30, 2008, per §9.8 of the Agreements |
| $220.86 | Interest on unpaid contributions through August 1, 2008, per §9.8 of the Agreements |
| $220.86 | Double interest on unpaid contributions through August 1, 2008, per ERISA, 29 U.S.C. §1132(g)(2)(B) |
| $92.00 | Liquidated damages per §9.8 of CBA |
| $4,317.32 | Attorneys' fees and costs per ERISA, 29 U.S.C. §1132(g)(2)(D), and §9.8 of the Agreements (see Affidavit of Douglas A. Lindsay attached hereto as Exhibit C) |
| $1,625.35 | Audit costs per §1.6 of CBA and 29 U.S.C. §1132(g)(2)(E) (see Affidavit of James Kemperas, attached as Exhibit D) |
| _____ | _____ |
| $7,626.44 | Total due as of 8/28/2008. |

2

7.      Plaintiff's attorney, Brian T. Bedinghaus, will render an estimated additional 1 hour of legal services, at a rate of $170.00 per hour, for presentation of this motion.

8.      Plaintiff requests the Court to enter a Judgment Order in the form attached hereto as Exhibit E, a copy of which was submitted to the Court by email in accordance with the Court's procedures.

WHEREFORE, Plaintiff, JAMES T. SULLIVAN, etc., requests the Court to enter: (1) an Order finding Defendant, BOSTON PLUMBING, INC., in default; and (2) Judgment in favor of Plaintiff and against Defendant in the amount of $7,796.44.

JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS

s/ Brian T. Bedinghaus

By: _____

Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark St.
Suite 3200
Chicago, IL  60602-5093
312-580-1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark St.
Suite 3200
Chicago, IL  60602-5093
312-580-1200

3

## PROOF OF SERVICE

I served a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT upon:

Boston Plumbing, Inc.
c/o Maria Boston, officer
27900 W. Concrete Drive, Unit F
Ingleside, IL 60041

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on *August 21*, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on *August 21*, 2008

*Christine Usyak*
CHRISTINE USYAK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

# EXHIBIT A

65100/1139LIT4771

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

Plaintiff,

V.

BOSTON PLUMBING, INC., an Illinois Corporation,

Defendant.

CASE NUMBER:  08CV1785          EDA
JUDGE KOCORAS
ASSIGNED JUDGE:  MAGISTRATE JUDGE KEYS

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Boston Plumbing, Inc.
c/o Daniel E. Boston - registered agent
1110 Kasting Lane
Mundelein, Illinois  60060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Douglas A. Lindsay
    John W. Loseman
    Brian T. Bedinghaus
    Lisa M. Simioni
    Lewis Overbeck & Furman, LLP
    20 N. Clark Street, Suite 3200
    Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
-------------------------------
(By) DEPUTY CLERK

**March 27, 2008**
-------------------------------
Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | April 9'th, 2008 |

| NAME OF SERVER *(PRINT)*        Don Johnson | TITLE        Special Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): ___ Personally handed the Summons and the Complaint to Ms. Melissa Boston, the 22 year old daughter of Mr. Daniel Boston, the R/A for Boston Plumbing, Inc. Service was effected at the Boston residence at 1110 Kasting Lane, in Mundelein, Illinois, at the hour of 4:00 p.m., on April 9th, 2008.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 9'th, 2008 _____
             Date             *Signature of Server*

                Post Office Box # 911
                Tinley Park, Illinois 60477

_____
               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

Compliance Report
to the Trustees,
Plumbers' Benefit Funds, Local 130, U.A.

– – – – – – – –

**Boston Plumbing, Inc.**
October 1, 2005 through April 30, 2008
File # P130-0508-0722



# LEGACY
## PROFESSIONALS LLP
### CERTIFIED PUBLIC ACCOUNTANTS

July 29, 2008

Trustees, Plumbers' Fringe Benefit Funds,
 Local 130, U.A.
c/o Kevin C. Sherlock, Field Representative
1340 W. Washington Blvd., 3rd Floor        Re: Boston Plumbing, Inc.
Chicago, IL 60607                  File # P130-0508-0722

Gentlemen:

In accordance with your instructions, we have analyzed the records that were presented for our inspection by the referenced employer in order to determine compliance with the reporting requirements for monthly contributions to the Chicago Journeymen Plumbers Local 130, U.A., and related Fringe Benefit Funds for the period October 1, 2005 through April 30, 2008.

The audit was performed at the employer's business address which is located at 27900 W. Concrete Drive, Unit F, Ingleside, IL 60041. Maria Boston, secretary for the employer was our contact for this compliance audit. The contractor conducts business as an "S "corporation, owned 50% each by Daniel & Michael Boston. It was incorporated on August 23, 1993 in the State of Illinois.

During the audit period the employer used ADP & Pro/Data as their payroll services. Currently they are using Pro/Data. They have approximately twenty employees working at Boston Plumbing of which two are covered in Local 130. The contractor also worked in and contributed to Local 93 & Local 75 (Wis.) during the audit period.

To qualify the payroll we recapped the W-2's for the calendar years 2005 & 2006. We compared payroll wages to W-2 wage totals. We also classified all employees on the same sheet. We used the Fund and other Fund's contribution reports to classify the employees. Our contact noted any office or shop employees. From this manifest, we were confident that we were provided with the entire payroll and that all employees were accounted for. The payroll audit was scoped at 100% for the covered employees. We used the employer's copies of the weekly payroll journals to trace the hours worked to the Fund's contribution reports. Discrepancies were found. The employer did not report all hours worked on the following employee:

- John Anderson-xxx-xxx-5174: 36.5 hours were under reported in the month of March 2007 & 29.50 hours were under reported in the month of February 2008.

Cash disbursement records and the chart of accounts were viewed for any unusual activities. None were found.

Our conclusion therefore indicates that the employer owes the following amounts for the report period.

| | 2005 | 2006 | 2007 | 2008 | TOTAL |
|---|---|---|---|---|---|
| Pension Fund | $ - | $ - | $ 166.44 | $ 164.02 | $ 330.46 |
| Welfare Fund | 0.00 | 0.00 | 298.21 | 260.78 | $ 558.99 |
| Education Fund | 0.00 | 0.00 | 36.14 | 30.39 | $ 66.53 |
| Group Legal Services | 0.00 | 0.00 | 20.08 | 17.11 | $ 37.19 |
| Plumbing Council | 0.00 | 0.00 | 19.35 | 17.41 | $ 36.76 |
| Working Dues | 0.00 | 0.00 | 11.68 | 9.44 | $ 21.12 |
| Savings Plan | 0.00 | 0.00 | 54.75 | 44.25 | $ 99.00 |
| *Sub-total* | $ - | $ - | $ 606.65 | $ 543.40 | 1,150.05 |
| *Add 8% Liquidated Damages* | | | | | 92.00 |
| *Add Interest @1 1/2 % per month through 7/31/08* | | | | | 203.61 |
| *TOTAL* | | | | | $ 1,445.66 |

\* After 07/31/08 add interest per month of $17.25.

This report was prepared for the purpose of determining jurisdictional hours worked and verifying that those hours were reported to the Funds.  Since we did not apply all of the generally accepted auditing procedures which might be considered necessary in the circumstances, we are unable to express an opinion that the accompanying schedules (if applicable) represent all additional reportable hours.

We shall be pleased to furnish any additional information desired.

Very truly yours,

*James J. Singh, CPA*

James J. Giemzik, CPA
Legacy Professionals LLP

**UNREPORTED HOURS OF COVERED (OR UNDOCUMENTED) WORK**
**2007**

| MEMBERS: (*) | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | TOTAL UNREPORTED HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name: | **John R. Anderson** | Worked | | | 183.50 | | | | | | | | | | |
| SSN: | xxx-xx-5174 | Reported | | | 147.00 | | | | | | | | | | |
| Class: | Journeyman | **UNREPORTED** | 0.00 | 0.00 | 36.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.50 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTAL UNREPORTED HOURS FOR MEMBERS** | | 0.00 | 0.00 | 36.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.50 |
| **NON-MEMBERS: (*)** | | | | | | | | | | | | | | | |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTAL UNREPORTED HOURS FOR NON-MEMBERS** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTAL UNREPORTED HOURS** | | 0.00 | 0.00 | 36.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.50 |

(*) Hours "worked" and "reported" are displayed
only for those months in which <u>unreported</u> hours are shown.

## UNREPORTED HOURS OF COVERED (OR UNDOCUMENTED) WORK
### 2008

| MEMBERS: (*) | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | TOTAL UNREPORTED HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name: | **John R. Anderson** | Worked | | 126.00 | | | | | | | | | | | |
| SSN: | xxx-xx-5174 | Reported | | 96.50 | | | | | | | | | | | |
| Class: | Journeyman | **UNREPORTED** | 0.00 | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.50 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| Class: | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL UNREPORTED HOURS FOR MEMBERS** | | | 0.00 | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.50 |
| **NON-MEMBERS: (*)** | | | | | | | | | | | | | | | |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Name: | | Worked | | | | | | | | | | | | | |
| SSN: | | Reported | | | | | | | | | | | | | |
| | | **UNREPORTED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL UNREPORTED HOURS FOR NON-MEMBERS** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL UNREPORTED HOURS** | | | 0.00 | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.50 |

(*) Hours "worked" and "reported" are displayed
only for those months in which **unreported** hours are shown.

## CONTRIBUTIONS AND DEDUCTIONS DUE

### 2007

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PENSION FUND** | hours: | 0.00 | 0.00 | 36.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 4.56 | 4.56 | 4.56 | 4.56 | 4.56 | 5.56 | 5.56 | 5.56 | 5.56 | 5.56 | 5.56 | 5.56 | |
| | *AMOUNT DUE:* | 0.00 | 0.00 | 166.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 166.44 |
| **WELFARE FUND** | hours: | 0.00 | 0.00 | 36.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 8.17 | 8.17 | 8.17 | 8.17 | 8.17 | 8.84 | 8.84 | 8.84 | 8.84 | 8.84 | 8.84 | 8.84 | |
| 1st - 3rd Apprentice | hours: | | | | | | | | | | | | | |
| | rate: | | | | | | 3.84 | 3.84 | 3.84 | 3.84 | 3.84 | 3.84 | 3.84 | |
| | *AMOUNT DUE:* | 0.00 | 0.00 | 298.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 298.21 |
| **EDUCATION FUND** | hours: | 0.00 | 0.00 | 36.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 0.99 | 0.99 | 0.99 | 0.99 | 0.99 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | |
| | *AMOUNT DUE:* | 0.00 | 0.00 | 36.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 36.14 |
| **GROUP LEGAL SVCS** | hours: | 0.00 | 0.00 | 36.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 0.55 | 0.55 | 0.55 | 0.55 | 0.55 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | |
| | *AMOUNT DUE:* | 0.00 | 0.00 | 20.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 20.08 |
| **PLUMBING COUNCIL** | hours: | 0.00 | 0.00 | 36.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 0.53 | 0.53 | 0.53 | 0.53 | 0.53 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | |
| 1st - 3rd Apprentice | hours: | | | | | | | | | | | | | |
| | rate: | | | | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| | *AMOUNT DUE:* | 0.00 | 0.00 | 19.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 19.35 |
| **WORKING DUES (1)** | hours: | | | 36.50 | | | | | | | | | | |
| | rate: | | | 0.32 | | | | | | | | | | |
| | *AMOUNT DUE:* | 0.00 | 0.00 | 11.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 11.68 |
| **WORKING DUES (2)** | hours: | | | | | | | | | | | | | |
| | rate: | | | | | | | | | | | | | |
| | *AMOUNT DUE:* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - |
| **SAVINGS PLAN** | hours: | | | 36.50 | | | | | | | | | | |
| | rate: | | | 1.50 | | | | | | | | | | |
| | *AMOUNT DUE:* | 0.00 | 0.00 | 54.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 54.75 |
| | **TOTAL DUE** | $ - | $ - | $ 606.65 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 606.65 |

(1) Non-apprentices
(2) Apprentices (after 1st six months)
effective 8/1/1997

Total Working Dues (see above)          $   11.68

## CONTRIBUTIONS AND DEDUCTIONS DUE

**2008**

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PENSION FUND** | hours: | 0.00 | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 5.56 | 5.56 | 5.56 | 5.56 | 5.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | *AMOUNT DUE:* | 0.00 | 164.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 164.02 |
| **WELFARE FUND** | hours: | 0.00 | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 8.84 | 8.84 | 8.84 | 8.84 | 8.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 1st - 3rd Apprentice | hours: | | | | | | | | | | | | | |
| | rate: | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | *AMOUNT DUE:* | 0.00 | 260.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 260.78 |
| **EDUCATION FUND** | hours: | 0.00 | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | *AMOUNT DUE:* | 0.00 | 30.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 30.39 |
| **GROUP LEGAL SVCS** | hours: | 0.00 | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | *AMOUNT DUE:* | 0.00 | 17.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 17.11 |
| **PLUMBING COUNCIL** | hours: | 0.00 | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | rate: | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 1st - 3rd Apprentice | hours: | | | | | | | | | | | | | |
| | rate: | | | | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| | *AMOUNT DUE:* | 0.00 | 17.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 17.41 |
| **WORKING DUES (1)** | hours: | | 29.50 | | | | | | | | | | | |
| | rate: | | 0.32 | | | | | | | | | | | |
| | *AMOUNT DUE:* | 0.00 | 9.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 9.44 |
| **WORKING DUES (2)** | hours: | | | | | | | | | | | | | |
| | rate: | | | | | | | | | | | | | |
| | *AMOUNT DUE:* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - |
| **SAVINGS PLAN** | hours: | | 29.50 | | | | | | | | | | | |
| | rate: | | 1.50 | | | | | | | | | | | |
| | *AMOUNT DUE:* | 0.00 | 44.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 44.25 |
| | **TOTAL DUE** | $ - | $ 543.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 543.40 |

(1) Non-apprentices
(2) Apprentices (after 1st six months)

Total Working Dues (see above)          $   9.44

Plumbers' Benefit Funds
Local 130, U.A.
Interest
At 1.5% Per Month

Employer:    Boston Plumbing, Inc.

A/C No:    722

| 2005 | Deficiencies | Rate | Amount |
|------|--------------|------|--------|
| Jan | | 64.5% | |
| Feb | | 63.0% | |
| Mar | | 61.5% | |
| Apr | | 60.0% | |
| May | | 58.5% | |
| Jun | | 57.0% | |
| Jul | | 55.5% | |
| Aug | | 54.0% | |
| Sep | | 52.5% | |
| Oct | | 51.0% | |
| Nov | | 49.5% | |
| Dec | | 48.0% | |
| Total | | | |

| 2006 | Deficiencies | Rate | Amount |
|------|--------------|------|--------|
| Jan | | 46.5% | |
| Feb | | 45.0% | |
| Mar | | 43.5% | |
| Apr | | 42.0% | |
| May | | 40.5% | |
| Jun | | 39.0% | |
| Jul | | 37.5% | |
| Aug | | 36.0% | |
| Sep | | 34.5% | |
| Oct | | 33.0% | |
| Nov | | 31.5% | |
| Dec | | 30.0% | |
| Total | | | |

| 2007 | Deficiencies | Rate | Amount |
|------|--------------|------|--------|
| Jan | | 28.5% | |
| Feb | | 27.0% | |
| Mar | 606.65 | 25.5% | 154.70 |
| Apr | | 24.0% | |
| May | | 22.5% | |
| Jun | | 21.0% | |
| Jul | | 19.5% | |
| Aug | | 18.0% | |
| Sep | | 16.5% | |
| Oct | | 15.0% | |
| Nov | | 13.5% | |
| Dec | | 12.0% | |
| Total | 606.65 | | 154.70 |

Plumbers' Benefit Funds
Local 130, U.A.
Interest
At 1.5% Per Month

Employer:    Boston Plumbing, Inc.

A/C No:    722

| 2008 | Deficiencies | Rate | Amount |
|------|--------------|------|--------|
| Jan | | 10.5% | |
| Feb | 543.40 | 9.0% | 48.91 |
| Mar | | 7.5% | |
| Apr | | 6.0% | |
| May | | 4.5% | |
| Jun | | 3.0% | |
| Jul | | 1.5% | |
| Aug | | | |
| Sep | | | |
| Oct | | | |
| Nov | | | |
| Dec | | | |
| Total | 543.40 | | 48.91 |

| Total | 1,150.05 | | 203.61 |
|-------|----------|--|--------|

# EXHIBIT C

LIT-4771

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, etc.                    )
                                           )
                          Plaintiff,       )       Case No. 08 C 1785
                                           )
              v.                           )       Judge Kocoras
                                           )
BOSTON PLUMBING, INC.,                     )       Magistrate Judge Keys
                                           )
                          Defendant.       )

**AFFIDAVIT CONCERNING ATTORNEYS' FEES AND COSTS**

DOUGLAS A. LINDSAY states that if he were called to testify in the captioned case he
would testify as follows:

1.      I am an adult and competent.

2.      The information contained in this Affidavit is based on my personal knowledge
and the business records of LEWIS, OVERBECK & FURMAN, LLP (Firm).

3.      During the course of this litigation, Douglas A. Lindsay, a partner in Firm,
rendered 3.6 hours of legal services to Plaintiff at a rate of $300.00 per hour, for a total of
$1,080.00.

4.      During the course of this litigation, Brian T. Bedinghaus, an associate in Firm,
rendered 14.6 hours of legal services to Plaintiff, at a rate of $170.00 per hour, for a total of
$2,482.00.

5       During the course of this litigation, Albert B. Davis, a paralegal in the Firm,
rendered 0.2 hours of legal services to Plaintiff, at a rate of $70.00 per hour, for a total of $14.00.

6.      During the course of this litigation, Robert C. Parizek, a paralegal in the
Firm, rendered 1.2 hours of legal services to Plaintiff, at a rate of $85.00 per hour, for a total of
$102.00.

7.    The legal professionals' fees incurred by Plaintiff in this matter total $3,678.00.

8.    Plaintiff has also incurred $350.00 in court filing fees, $130.00 for service of process fees, $60.00 for computerized docketing charges, $14.94 in postage fees, $3.50 in binging charges, and $80.88 in photocopy charges for total costs of $639.32.

9.    The total amount due Plaintiff for legal fees and costs is $4,317.32.

10.    Attached hereto as Attachment D-1 are true and correct copies of itemized time records and expense records made and kept in the ordinary course of Firm's business.

11.    In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

_____
DOUGLAS A. LINDSAY

Executed this __21st__ day of August, 2008.

Lewis, Overbeck & Furman, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602
(312)580-1200

# EXHIBIT C-1

Report ID:   OT2025 - 24172
Wednesday, August 20, 2008

Printed By   SKOU
Page   1

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| 35100 | Plumbers 130 Litigation | 01139 | 4771 Boston Plumbing, Inc. | Lindsay, Douglas A. |

Beginning To End

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6/3/2008 | BTB | 0.20 | 0.20 | 170.00 | $34.00 | | | Phone call from auditor; memo to file |
| 6/6/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Conference with Brian T. Bedinghaus regarding 6/11/08 hearing |
| 6/10/2008 | DAL | 0.20 | 0.20 | 300.00 | $60.00 | | | Conference with Brian T. Bedinghaus regarding case handling |
| 6/10/2008 | BTB | 0.30 | 0.30 | 170.00 | $51.00 | | | Phone call to auditor; memo to file; reviewed file for status of audit |
| 6/11/2008 | BTB | 1.10 | 1.10 | 170.00 | $187.00 | | | Reviewed file; court appearance; memo to file |
| 6/11/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | E-notice from court |
| 6/23/2008 | DAL | 0.30 | 0.30 | 170.00 | $51.00 | | | Phone call to auditor; memo to file |
| 6/25/2008 | RCP | 0.10 | 0.10 | 85.00 | $8.50 | | | Organized file |
| 6/25/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Receive, review and file correspondence from Department of Labor |
| 7/1/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Reviewed file and updated monthly status report |
| 7/3/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Reviewed file for status; email to Douglas A. Lindsay |
| 7/28/2008 | BTB | 0.30 | 0.30 | 170.00 | $51.00 | | | Reviewed file; updated monthly status report; phone call to auditor |
| 7/29/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Voice message from auditor; memo to file |
| 7/31/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | Correspondence from Funds' auditors; review audit; telephone conference with Funds' Field Representative; conference with Brian T. Bedinghaus regarding case handling |
| 7/31/2008 | BTB | 1.20 | 1.20 | 170.00 | $204.00 | | | Reviewed audit report; conference with Douglas A. Lindsay; phone call to auditor; memo to file; letter to defendant; reviewed file |
| 8/5/2008 | BTB | 0.40 | 0.40 | 170.00 | $68.00 | | | Completed letter to defendant and arranged for mailing |
| 8/18/2008 | BTB | 2.20 | 2.20 | 170.00 | $374.00 | | | Reviewed file; prepared for court appearance; preparation of motion for entry of judgment |
| 8/19/2008 | BTB | 1.00 | 1.00 | 170.00 | $170.00 | | | Reviewed file; email to and from auditor; court appearance; memo to file; phone call to auditor |
| **Totals** | | **8.20** | **8.20** | | **$1,489.50** | | | |

### Unbilled Expenses

| Date | | Amount | Exp Code | Narrative |
|---|---|---|---|---|
| 7/31/2008 | | $3.12 | COPY | Photocopy Charges |
| **Unbilled Expenses Totals** | | **$3.12** | | |

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/17/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Telephone conference with Funds' Field Representative; memo to file; conference with paralegal regarding litigation file |

Report ID: OT2025 - 24172
Wednesday, August 20, 2008

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Beginning To End

| Billed Time Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/18/2008 | DAL | 0.20 | 0.20 | 300.00 | $60.00 | | | Voicemail to Funds' Field Representative regarding assignment of auditor and designation of audit start date; telephone conference Funds' Field Representative; memo to file |
| 3/19/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Receive and review CBA signature page |
| 3/26/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | Conference with Brian T. Bedinghaus regarding preparation of lawsuit papers; telephone conference with Funds' Field Representative |
| 3/26/2008 | BTB | 0.70 | 0.70 | 170.00 | $119.00 | | | Conference with Douglas A. Lindsay; review file; phone call to Funds' Field Representative; memo to file; phone call to auditor |
| 3/27/2008 | BTB | 1.90 | 1.90 | 170.00 | $323.00 | | | Prepared complaint & initiating documents; phone call to Funds' Field Representative; arranged for e-filing; letter to judge; arranged for service on defendant and Secretary of Labor and Secretary of Treasury; arranged for delivery of complaint to judge |
| 3/27/2008 | DAL | 0.90 | 0.90 | 300.00 | $270.00 | | | Review draft lawsuit papers and conference with Brian T. Bedinghaus regarding finalizing form of lawsuit papers; e-file lawsuit papers; email from court clerk; email to Brian T. Bedinghaus and paralegal regarding service of process and delivery of copy of complaint to assigned judge |
| 3/28/2008 | RCP | 0.30 | 0.30 | 85.00 | $25.50 | | | E-notices from court; telephone conference with Funds' Field Representative |
| 3/28/2008 | RCP | 0.30 | 0.30 | 85.00 | $25.50 | | | Worked on service of process |
| 3/31/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | Statutory notice letter to Secretary of Labor and Secretary of Treasury; e-notice from court, diary deadlines; email to all concerned; conference with Brian T. Bedinghaus regarding work on case |
| 3/31/2008 | BTB | 0.30 | 0.30 | 170.00 | $51.00 | | | Letter to defendant; mailed order to defendant; conference with paralegal regarding service of process |
| 4/1/2008 | RCP | 0.30 | 0.30 | 85.00 | $25.50 | | | E-notices from court, telephone conference with Funds' Field Representative |
| 4/14/2008 | BTB | 0.20 | 0.20 | 170.00 | $34.00 | | | Organized file |
| 4/15/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Review file and supplement case status report |
| 4/17/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Telephone conference Marge Wiggins regarding computation of present indebtedness |
| 4/18/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | E-notice from court |
| 4/18/2008 | RCP | 0.50 | 0.50 | 85.00 | $42.50 | | | Paid vendor invoice; filed return of service |
| 4/21/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Reviewed file; updated monthly status report |
| 4/21/2008 | BTB | 0.20 | 0.20 | 170.00 | $34.00 | | | Received mail from defendant; reviewed file |
| 4/24/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Telephone conference with Funds' Field Representative regarding audit |
| 4/24/2008 | BTB | 0.90 | 0.90 | 170.00 | $153.00 | | | Reviewed file for status of appearance; prepared motion for default judgment |
| 4/29/2008 | BTB | 0.90 | 0.90 | 170.00 | $153.00 | | | Arranged for service of motion; e-filed motion for default judgment |
| 4/29/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Reviewed file for status of appearance; prepared motion for default judgment |
| 4/30/2008 | BTB | 0.50 | 0.50 | 170.00 | $85.00 | | | E-notices from court |
| 4/30/2008 | ABD | 0.20 | 0.20 | 70.00 | $14.00 | | | Velio-Bind pleadings for Brian T. Bedinghaus 'Plaintiff's Motion For Default Judgment' |
| 5/1/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | E-notices from court |
| 5/2/2008 | BTB | 0.70 | 0.70 | 170.00 | $119.00 | | | Phone call from defendant; memo to file; phone call to Funds' Field Representative and auditor; reviewed file; letter to defendant |
| 5/5/2008 | BTB | 0.20 | 0.20 | 170.00 | $34.00 | | | Phone call from auditor; memo to file |
| 5/6/2008 | BTB | 1.10 | 1.10 | 170.00 | $187.00 | | | Court appearance; memo to file |
| 5/6/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | E-notice from court |
| 5/7/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | Receive and review order from court; diary deadline |

Report ID:   OT2025 - 24172
Wednesday, August 20, 2008

Printed By   SKOU
Page     3

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Beginning To End

### Billed Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|------|-----------|--------------|---------------|------|--------|------|----------|-----------|
| 5/7/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Phone call from auditor regarding status of audit |
| 5/8/2008 | BTB | 0.20 | 0.20 | 170.00 | $34.00 | | | Phone call to Funds' Field Representative; memo to file |
| 5/9/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Phone call from auditor regarding scheduling of audit |
| 5/16/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | Reviewed file and updated monthly status report |

Billed Time
**Totals**       11.40       11.40             $2,188.50

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|------|--------|----------|-----------|
| 3/31/2008 | $60.00 | DOCK | DM 2000, Computerized Docket and Case Watch Protection Service |
| 3/31/2008 | $60.96 | COPY | Photocopy Charges |
| 4/18/2008 | $130.00 | MISC | Constable Services - Service of Process |
| 4/30/2008 | $350.00 | MISC | Northern District Illinois - US District Court - Filing new case |
| 4/30/2008 | $14.94 | POST | Postage Charges |
| 4/30/2008 | $16.08 | COPY | Photocopy Charges |
| 4/30/2008 | $3.50 | BIND | Binding Charges |
| 5/31/2008 | $0.72 | COPY | Photocopy Charges |

Billed Expenses
**Totals**       $636.20

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|------|------|------|------|------|
| **Report Totals** | 19.60 | 19.60 | $3,678.00 | $639.32 | $4,317.32 |

\*\*\* End Of Report \*\*\*

# EXHIBIT D

LIT4771

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, etc.     )
             )
       Plaintiff, )  Case No. 08 C 1785
             )
    v.       )  Judge Kocoras
             )
BOSTON PLUMBING, INC.,   )  Magistrate Judge Keys
             )
       Defendant. )

**AFFIDAVIT OF JAMES KEMPERAS**

   JAMES KEMPERAS states that if he were called to testify in the captioned case, he would testify as follows:

   1.   I am an adult and competent.

   2.   The information contained in this Affidavit is based on my personal knowledge and the business records of LEGACY PROFESSIONALS LLP.

   3.   I am a supervising auditor of LEGACY PROFESSIONALS LLP located at 30 N. LaSalle St., Suite 4200, Chicago, IL 60602.

   4.   The Trustees of Plumbers' Pension Fund, Local 130, U.A., Plumbers' Welfare Fund, Local 130, U.A., The Trust Fund for Legal Apprentice and Journeymen Education and Training, Local 130, U.A., and Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund ("Funds") have engaged LEGACY PROFESSIONALS LLP to conduct compliance audits of employers who are signatories to the collective bargaining

1

agreement ("CBA") with The Chicago Journeymen Plumbers' Local Union 130, U.A.

     5.    Pursuant to the foregoing engagement, LEGACY PROFESSIONALS LLP audited the compliance of Defendant with its obligations under the CBA for the period from October 1, 2005, through April 30, 2008.  A true and correct copy of the Compliance Report to the Trustees issued by LEGACY PROFESSIONALS LLP is attached to Motion for Entry of Judgment as Exhibit B.

     6.    LEGACY PROFESSIONALS LLP charged the Funds $1,625.35 for professional services rendered in auditing Defendant.

     7.    In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_James Kemperas_
JAMES KEMPERAS

Executed on August _19_ , 2008.

2

# EXHIBIT E

LIT-4771

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, | ) ) ) ) ) ) ) ) ) | No.  08 C 1785 |
| Plaintiff, | ) ) | Judge Kocoras |
| v. | ) ) | Magistrate Judge Keys |
| BOSTON PLUMBING, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

This Cause coming before the Court for hearing on Plaintiff's Motion for Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that Defendant, BOSTON PLUMBING, INC., is held in default and judgment is entered in favor of Plaintiff, JAMES T. SULLIVAN, etc., and against Defendant, BOSTON PLUMBING, INC., in the amount of $7,796.44.

IT IS FURTHER ORDERED that Judgment is final and there is no just reason to delay enforcement or appeal.


DATE:_____          ENTER:


                                       _____
                                       Charles P. Kocoras
                                       United States District Judge