LIT-4771

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1785 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| BOSTON PLUMBING, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:    Boston Plumbing, Inc.
       c/o Maria Boston, officer
       27900 W. Concrete Drive, Unit F
       Ingleside, IL 60041

PLEASE TAKE NOTICE that on Thursday, August 28, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his place and stead, in Courtroom No. 1725 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Entry of Judgment, a copy of which is herewith served upon you.

JAMES T. SULLIVAN, etc., by his
attorneys, DOUGLAS A. LINDSAY,
JOHN W. LOSEMAN, LISA M. SIMIONI, and
BRIAN T. BEDINGHAUS

By:_____s/ Brian T. Bedinghaus_____
        Brian T. Bedinghaus
        20 N. Clark Street
        Suite 3200
        Chicago, IL  60602-5093
        312.580.1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
312.580.1200

1

<u>PROOF OF SERVICE</u>

I served a copy of the foregoing Notice of Motion upon:

Boston Plumbing, Inc.
c/o Maria Boston, officer
27900 W. Concrete Drive, Unit F
Ingleside, IL 60041

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with

postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street,

Chicago, Illinois on August 21, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on August , 21, 2008.

CHRISTINE USYAK

Lewis, Overbeck & Furman, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
312-580-1200